RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
ALEXANDRIA, LOUISIANA
DATE 7/19/11
BY _____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| MOUSSA DOUCOURE | : | DOCKET NO. 11-655<br>SECTION "P" |
| VS. | : | JUDGE TRIMBLE |
| ERIC HOLDER, ET AL | : | MAGISTRATE JUDGE KAY |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record it is;

ORDERED that Respondent's Motion to Dismiss be GRANTED.

IT IS FURTHER ORDERED that the petition for writ of habeas corpus be DISMISSED WITHOUT PREJUDICE.

THUS DONE AND SIGNED, in Chambers, at Lake Charles, Louisiana, this 19th day of July, 2011.

JAMES T. TRIMBLE, JR.
U.S. DISTRICT JUDGE